THE STATE OF MISSOURI, Plaintiff in Error, *v.* THOMAS
BOYLE, Defendant in Error.

### January 31, 1876.

Where one has been tried and acquitted of a crime, no appeal or writ of
error lies on behalf of the State.

ERROR to the St. Louis Court of Criminal Correction.
*Dismissed.*

*M. McKeag,* for plaintiff in error.

*Martin* and *Cady,* for defendant in error.

BAKEWELL, J., delivered the opinion of the court.

It appears from the record that defendant, on the infor-
mation of one Daniel Currie, was arrested and tried on a
charge of petit larceny. He was acquitted. A motion for a
new trial was made on behalf of the State, and overruled.
A writ of error was sued out of the Supreme Court, and the
cause is certified to this court in pursuance of section 19,
Article 6, of the Constitution. In this court a motion is
filed by the prosecuting witness, Currie, to amend the writ
of error by substituting him as plaintiff, on the ground that
he, Currie, paid the costs. Mr. Currie seems to have been
represented throughout by counsel, and the name of an
attorney appears to the remarkable statement and brief filed
herein in his behalf as prosecuting witness. As defendant
has been tried for the offense of which he was accused, and
acquitted, the case does not admit of an appeal on behalf of
the State. The writ of error in this cause is dismissed.
The other judges concur.